IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| JOHNNIE MARKEL CARTER | NO. 07-374-1 |

**O R D E R**

**AND NOW**, this 12th day of January, 2023, upon consideration of Johnnie Carter's Motion to Reduce Sentence (ECF No. 405), the Government's opposition thereto (ECF No. 407), Carter's reply (ECF No. 409), and the Government's surreply (ECF No. 412), as well as the parties' supplemental briefing (ECF Nos. 414, 415), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**

1