OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 19, 2024

Melanie S. Carter
Blank Rome
130 N 18th Street
One Logan Square
Philadelphia, PA 19103

Kyle E. Chermak
Debevoise & Plimpton
66 Hudson Boulevard
New York, NY 10001

Serena S. Gopal
Blank Rome
130 N 18th Street
One Logan Square
Philadelphia, PA 19103

Danielle C. Hudson
Blank Rome
130 N 18th Street
One Logan Square
Philadelphia, PA 19103

Alexa Busser Lopez
Debevoise & Plimpton
66 Hudson Boulevard
New York, NY 10001

Lauren E. O'Donnell
Blank Rome
130 N 18th Street
One Logan Square
Philadelphia, PA 19103

Steven G. Tegrar
Debevoise & Plimpton

66 Hudson Boulevard
New York, NY 10001


RE: USA v. Johnnie Carter
Case Number: 24-1115
District Court Case Number: 2-07-cr-00374-001

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**


To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. See 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed please find case opening information regarding the above-captioned appeal by **Johnnie Markel Carter** docketed at No. **24-1115**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Counsel for Appellant**

Counsel is required to continue on appeal unless relieved by order of this Court. 3rd Cir. LAR Misc. 109.1.

As Counsel for Appellant(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form;
3. Transcript Purchase Order Form.
These forms must be filed on or before **02/02/2024**.

**Counsel for Appellee**
As Counsel for Appellee(s), you must file:
1. Appearance Form
This form must be filed within **fourteen (14) days** of the date of this letter.

Failure of counsel to comply with any of these requirements by the deadline may result in the imposition of sanctions by the Court. 3rd Cir. LAR Misc. 107.2.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review this caption carefully and promptly advise this office in writing of any discrepancies.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

s/ Pamela – Case Manager 267-299-4943

cc:
Melanie B. Wilmoth
Robert A. Zauzmer